JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DILEY GREISER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNNY CHAVEZ, et al., <br><br> Defendants. | **Case No.: 5:22-cv-01600-JGB-SP** <br> **Assigned to: Hon. Jesus G. Bernal** <br><br><br> **JUDGMENT** |

Pursuant to the Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants' Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Summary Judgment is **GRANTED** in its entirety;
2. Final judgment be **ENTERED** in favor of Defendants.
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: March 27, 2024

_____
Honorable Jesus G. Bernal
United States District Judge

1

5:22-cv-01600-JGB-SP